Judge:  Hon. Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **JODIE PAVITT, JENNIFER MERTLICH, and SIMON KAUFMAN**,<br><br>Plaintiffs,<br><br>v.<br><br>**EQUIFAX INC.**,<br><br>Defendant. | Case No. 2:17-cv-01363-MJP<br><br>**DEFENDANT EQUIFAX INC.'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Equifax Inc. submits the following Corporate Disclosure Statement:

Equifax Inc. is publicly traded company on the NYSE.  It has no parent corporation or other corporation owning more than 10% of its stock.

DATED this 3rd day of October, 2017.

MARKOWITZ HERBOLD PC


By:     *s/ Jeffrey M. Edelson*
        Jeffrey M. Edelson, WSBA #37361
        Of Attorneys for Defendant Equifax Inc.

PAVIEQ\661486_1

**DEFENDANT EQUIFAX INC.'S CORPORATE DISCLOSURE STATEMENT - 1
2:17-cv-01363-MJP**

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, I have made service of the foregoing **DEFENDANT EQUIFAX INC.'S CORPORATE DISCLOSURE STATEMENT** on the parties listed below in the manner indicated:

Catherine Jura Fleming
Bradley Jermone Moore
Stritmatter Kessler Whelan Koehler Moore
Kahler
3600 15th Avenue W, Suite 300
Seattle, WA 98119

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email
☒ Electronically via USDC CM/ECF system

Ray Kahler
Stritmatter Kessler Whelan Withey Coluccio
413 8th Street
Hoquiam, WA 98550

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email
☒ Electronically via USDC CM/ECF system

DATED this 3rd day of October, 2017.

*s/ Jeffrey M. Edelson*

_____
Jeffrey M. Edelson, WSBA #37361
Attorney for Defendant Equifax Inc.

PAVIEQ\661486_1

**CERTIFICATE OF SERVICE**